IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JONATHAN CARL ALEXANDER JOHNSON, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 118-194 |
| HIRERIGHT, INC. and MAU LEASING, LLC d/b/a MAU WORKFORCE SOLUTIONS | * * * * * | |
| Defendants. | * | |

**O R D E R**

Before the Court is the Parties' joint stipulation of dismissal with prejudice as to Defendant MAU Leasing, LLC d/b/a MAU Workforce Solutions ("Defendant MAU"). (Doc. 29.) All parties signed the stipulation. Upon due consideration, the Court finds dismissal of Defendant MAU appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that Defendant MAU is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines applicable to Defendant MAU, if any, and **TERMINATE** Defendant MAU as a defendant to this action. The dismissal of Defendant MAU shall not result in any party bearing the attorney's fees and costs of another party. All other claims asserted by the remaining Parties shall continue unaffected by this Order.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of July, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA